1  RICHARD C. JOHNSON (SBN 40881)
   KRISTEN McCULLOCH (SBN 177558)
2  SHAAMINI A. BABU (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  djohnson@sjlawcorp.com
   kmcculloch@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFESHIELDS INCORPORATED, a California Corporation, d.b.a. G D H and M A Z & G D H,<br><br>Defendant. | Case No.: C08-3610 JCS<br><br>**PROOF OF SERVICE OF SUMMONS** |

///
///
///
///
///
///
///
///

1

| Attorney Or Party Without Attorney (Name and Address) | Telephone | FOR COURT USE ONLY |
|---|---|---|
| SHAAMINI A. BABU, ESQ. (230704)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104 | (415) 882-7900 | |
| Attorneys for:   PLAINTIFF | Ref. No. Or File No.<br>W2500396 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, etc., et al.

Defendant:
SAFESHIELDS INCORPORATED, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV08 3610 JCS |
|---|---|---|---|---|

I, Ron Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ADR DISPUTE RESOLUTION PROCEDURES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; [BLANK] STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; [BLANK] NOTIE OF NEED FOR ADR PHONE CONFERENCE; [BLANK] ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE TO ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND DECLINATION FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : SAFESHIELDS INCORPORATED, a California Corporation dba G D H and M A Z & G D H

By Serving : MO MIR, Manager/Authorized to Accept Service of Process

Address : 3840 San Pablo Avenue, Emeryville, California 94608
Date & Time : Tuesday, July 29, 2008 @ 3:45 p.m.
Witness fees were : Not applicable.

Person serving:
Ron Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 649
 (3) County: Alameda
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 30, 2008         Signature: _Ron Marcus_
                                                                Ron Marcus


Printed on recycled paper