1  RICHARD C. JOHNSON (SBN 40881)
   KRISTEN McCULLOCH (SBN 177558)
2  SHAAMINI A. BABU (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  djohnson@sjlawcorp.com
   kmcculloch@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>Plaintiffs,<br>vs.<br><br>SAFESHIELDS INCORPORATED, a California Corporation, d.b.a. G D H and M A Z & G D H,<br><br>Defendant. | Case No.: C08-3610 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 31, 2008                     Respectfully submitted,

                                         SALTZMAN & JOHNSON
                                         LAW CORPORATION


                                         _____/s/_____
                                         Shaamini A. Babu
                                         Attorneys for Plaintiff

1
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C08-3610 JCS**

P:\CLIENTS\GLAPP\Cases\Safeshields\Complaint\C08-2610 JCS Magistrate Declination 073108.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 31, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Safeshields Incorporated, dba G D H and M A Z & G D H
3840 San Pablo Avenue
Emeryville, California 94608**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of July, 2008 at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

1
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No.: C08-3610 JCS**

P:\CLIENTS\GLAPP\Cases\Safeshields\Complaint\C08-2610 JCS Magistrate Declination 073108.DOC