| | |
|---|---|
| 1 | RICHARD C. JOHNSON (SBN 40881) |
| | KRISTEN McCULLOCH (SBN 177558) |
| 2 | SHAAMINI A. BABU (SBN 230704) |
| | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
| | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
| | (415) 882-9287 – Facsimile |
| 5 | djohnson@sjlawcorp.com |
| | kmcculloch@sjlawcorp.com |
| 6 | sbabu@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee, | Case No.: C08-3610 CRB |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| SAFESHIELDS INCORPORATED, a California Corporation, d.b.a. G D H and M A Z & G D H, | |
| Defendant. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 1, 2008, I served the following document(s):

**REASSIGNMENT ORDER**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

1

P:\CLIENTS\GLAPP\Cases\Safeshields\C08-2610 CRB Proof of Service 080108.DOC

PROOF OF SERVICE
Case No.: C08-3610 CRB

1  Francisco, California, addressed as follows:

2  **Safeshields Incorporated, dba G D H and M A Z & G D H**
   **3840 San Pablo Avenue**
3  **Emeryville, California 94608**

4  
   I declare under penalty of perjury that the foregoing is true and correct and that this
5  
   declaration was executed on this 1st day of August, 2008 at San Francisco, California.
6  

7                                    _____/s/_____
                                           Vanessa de Fábrega
8  

2

**PROOF OF SERVICE**
**Case No.: C08-3610 CRB**

P:\CLIENTS\GLAPP\Cases\Safeshields\C08-2610 CRB Proof of Service 080108.DOC