RICHARD C. JOHNSON (SBN 40881)
KRISTEN McCULLOCH (SBN 177558)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
kmcculloch@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFESHIELDS INCORPORATED, a California Corporation, d.b.a. G D H and M A Z & G D H,<br><br>    Defendant. | Case No.: C08-3610 CRB<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 6, 2008, I served the following document(s):

**CLERK'S NOTICE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

1

**PROOF OF SERVICE**
**Case No.: C08-3610 CRB**

1  Francisco, California, addressed as follows:

2  
3  **Safeshields Incorporated, dba G D H and M A Z & G D H**
**3840 San Pablo Avenue**
**Emeryville, California 94608**

4  
5  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 6th day of August, 2008 at San Francisco, California.

6  
7  _____/s/_____
           Vanessa de Fábrega

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**PROOF OF SERVICE**
**Case No.: C08-3610 CRB**

P:\CLIENTS\GLAPP\Cases\Safeshields\C08-2610 CRB Proof of Service 080608.DOC