| | |
|---|---|
| 1 | RICHARD C. JOHNSON (SBN 40881) |
| | KRISTEN McCULLOCH (SBN 177558) |
| 2 | SHAAMINI A. BABU (SBN 230704) |
| | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
| | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
| | (415) 882-9287 – Facsimile |
| 5 | djohnson@sjlawcorp.com |
| | kmcculloch@sjlawcorp.com |
| 6 | sbabu@sjlawcorp.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee, | Case No.: C08-3610 CRB |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| SAFESHIELDS INCORPORATED, a California Corporation, d.b.a. G D H and M A Z & G D H, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against defendant SAFESHIELDS INCORPORATED, d.b.a. G D H and M A Z & G D H.  Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

///

///

1

NOTICE OF VOLUNTARY DISMISSL
Case No.: C08-3610 CRB

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 10th day of October, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
Shaamini A. Babu
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:  October 16, 2008          _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

NOTICE OF VOLUNTARY DISMISSL
Case No.: C08-3610 CRB